UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. MYERS DIVISION

FILED

2017 NOV 30  AM 11: 12

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

DONIA GOINES,

    Plaintiff,

v.

    Case No.: 2:17.CV 656.JHM 29CM

LEE MEMORIAL HEALTH SYSTEM
d/b/a CAPE CORAL HOSPITAL; LAWRENCE
ANTONUCCI, M.D., in his official capacity as
Chief Operating Officer and Chief Executive
Officer of LEE MEMORIAL HEALTH SYSTEM;
and JEOVANNI HECHAVARRIA, R.N.,

    Defendants.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants Lee Memorial Health System d/b/a Cape Coral Hospital (hereinafter "Defendant Lee Health") and Lawrence Antonucci, M.D. (hereinafter "Defendant Antonucci") hereby give notice that the civil action currently pending in the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, identified as *Donia Goines v. Lee Memorial Health System d/b/a Cape Coral Hospital, Lawrence Antonucci, M.D., in his official capacity as Chief Operating Officer and Chief Executive Officer of Lee Memorial Health System, and Jeovanni Hechavarria, R.N.,* Case No. 17-CA-3462, is removed to this Court without waiving any rights to which Defendants may be entitled, and say:

1.    Pursuant to 28 U.S.C. §1446(a), copies of all record documents, including all orders, pleadings, and process which have to date been served upon Defendants, are attached as Exhibit A.

4876855v.1

2. The Complaint in the above action was filed on October 25, 2017. Defendant Lee Health received service of the Summons and Complaint on October 31, 2017; Defendant Antonucci received service of the Summons and Complaint on October 31, 2017; and Defendant Hechavarria received service of the Summons and Complaint on October 30, 2017. In compliance with 28 U.S.C. §1446(b), this Notice of Removal is timely filed within thirty (30) days of Defendants ascertaining that this case is removable.

3. Removal of this action is proper under 28 U.S.C. §1441 due to the presence of a federal question. This is a civil action brought in a state court of which the district courts of the United States have original jurisdiction because Plaintiff has alleged violations of federal law in her Complaint. Plaintiff has pled in Count I that Defendant Lee Health violated her rights under 42 U.S.C. §1983, and in Counts III-V that Defendant Lee Health was negligent under Florida law. Plaintiff has pled in Count II that Defendant Antonucci, in his official capacity, violated Plaintiff's rights under 42 U.S.C. §1983. Plaintiff has pled in Count VI that Defendant Hechavarria committed an intentional tort in violation of Florida law. This Court has original jurisdiction over Plaintiff's claims brought under federal law pursuant to 28 U.S.C. § 1331, and supplemental jurisdiction of those claims brought under Florida law pursuant to 28 U.S.C. §1367(a).

4. Pursuant to 28 U.S.C. § 1446(d), concurrent with the filing and service of this Notice of Removal, Defendants Lee Health and Antonucci's Notice to Plaintiff of Removal has been served upon attorneys for Plaintiff, David Halberg and Ryan Fogg, David J. Halberg, P.A., 1615 Forum Place, Suite 3-B, West Palm Beach, FL 33401.

5. Further, pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, along with Defendants Lee Health and Antonucci's Notice of Removed Action, has been filed with the Clerk of the Circuit Court of the Fourteenth Judicial Circuit, in and for Lee County, Florida.

2

4876855v.1

6.      Pursuant to 28 U.S.C. §1446 (b)(2)(A), Defendant Hechavarria consents to and joins this removal, as stated in Defendant Hechavarria's representations herein.

WHEREFORE, Defendants Lee Health and Antonucci request this action currently pending in the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida be removed to the United States District Court for the Middle District of Florida.

/s/Angelique Groza Lyons
Angelique Groza Lyons, Esq., Fla. Bar No. 118801
Primary Email: alyons@constangy.com
Secondary Email: tampa@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida 33601-1840
(813) 223-7166 / Fax: (813) 223-2515
Attorney for Defendants Lee Health and Antonucci

4876855v.1

## <u>NOTICE OF CONSENT AND JOINING OF REMOVAL</u>
## <u>OF DEFENDANT HECHAVARRIA</u>

I, Jeovanni Hechavarria, do hereby consent to and join this removal to federal court.

Dated November _29_, 2017.

_Jeovanni Hechavarria_

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2017, a true and correct copy of the foregoing document has been furnished by E-mail to:

Ryan A. Fogg, Esq.
David J. Halberg, Esq.
DAVID J. HALBERG, P.A.
1615 Forum Place, Ste. 3-B
West Palm Beach, FL 33401
Service@HalbergLaw.com

Jeovanni H. Hechavarria, R.N.
5320 Summerlin Rd., Unit 9
Ft. Myers, FL 33919
JHHechavarria@gmail.com


/s/Angelique Groza Lyons
Attorney

5

4876855v.1