UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. MYERS DIVISION

DONIA GOINES,

    Plaintiff,

v.                                                Case No.: 2:17-cv-656-FtM-29CM

LEE MEMORIAL HEALTH SYSTEM
d/b/a CAPE CORAL HOSPITAL; and
JEOVANNI HECHAVARRIA, R.N.,

    Defendants.
_____/

### DEFENDANT JEOVANNI HECHAVARRIA'S RESPONSE TO PLANTIFF'S REQUEST FOR ADMISSIONS

Defendant Jeovanni H. Hechavarria, RN hereby discloses the following pursuant to the applicable Federal Rules of Civil Procedure, responds to Plaintiff's Request to Produce served with the Complaint as follows:

1. A Complete and signed Form 180 (attached hereto), Request Pertaining to Military Records.

**Response:** Defendant objects to this Request in that it seeks documents which are protected by HIPPA and other Federal protections, to which Defendant does not grant permission for disclosure.

2. Any and all divorce proceeding records in your possession.

**Response:** Defendant does not possess such documents.

3. Any and all criminal proceeding records involving criminal charges and/or arrests in your possession.

**Response:** See files attached hereto.

4. Any and all resumes and/or CV that you current use and that you provided to LEE MEMORIAL HEALTH SYSTEM to gain employment.

**Response:** See files attached hereto.



PLAINTIFF'S EXHIBIT "3"

00001

5. Any and all letters, correspondences, writings, and/or other documents provided by LEE MEMORIAL HEALTH SYSTEM to you during your employment with it.

**Response:** See Defendant LEE HEALTH Response for Production served 26th February, 2018, for employee files; no other documents exist.

6. Copies of any and all injunctions, restraining orders or 'no contact' orders against you.

**Response:** See files attached hereto.

7. Any and all military records addressing your discharge from the military, including any and all DD214 forms.

**Response:** Defendant objects to this Request in that it seeks documents which are protected by HIPPA and other Federal protections, to which Defendant does not grant permission for disclosure.

8. Any and all disciplinary action records taken against your for any employment that you have had within the last 5 years.

**Response:** See files attached hereto.

9. Any and all letters, correspondences, writing, and/or other documents provided by the Department of Health during its investigation into the allegations against you.

**Response:** See files attached hereto.

10. Any and all personal notes you have written regarding any of the allegations at issue in this case.

**Response:** Defendant objects to this Request in that it seeks documents which are protected by the attorney-client privilege or the work product doctrine. Notwithstanding these objections and without waiving the same, no such documents exist.

11. Copies of any and all medical licenses issued to you at any time in your life.

**Response:** See files attached hereto.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __18__ th day of May, 2018, I filed a true and correct copy of the foregoing document with the Court via the CM/ECF System, which will send a notice of electronical filing, or I otherwise served by email, to the following:

Ryan A. Fogg, Esq.
David J. Halberg, Esq.
DAVID J. HALBERG, P.A.
1615 Forum Place, Ste. 3-B
West Palm Beach, FL 33401
Service@HalbergLaw.com

Angelique Groza Lyons, Esq.
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida 33601-1840
Primary Email: alyons@constangy.com
Secondary Email: tampa@constangy.com

/s/Jeovanni H. Hechavarria
Email: jhhechavarria@gmail.com
5320 Summerlin Rd, Unit 9
Fort Myers, Florida 33919
Pro Se Defendant

00003