# Matters Risk Managment Non PSES Full Report

**Matter ID / Description:** 2015-11013   Hammer, Brianna - allegation sexual misconduct (Hechavarria, Jeovanni)

## Event Information

**Event Date:**

**Event Location:** Cape Coral Hospital

**Area of Law** Area Of Law RM - Non PSES          **Matter Type** Abuse - Neglect

## Legal Process

**Letter of Rep Rec'd**                              **Final Disposition**

**Arbitration**                                      **Settlement Stage**

**Court Decision**                                   **Payment Date**

**Insur Notification Date**

**Assigned Professionals:**
Risk Manager            Pamela Palmerton
Risk Manager            Debbie Wiles

| Events: | Date | Init. | Note |
|---|---|---|---|
| E-Mail Attachment | 3/15/2015 9:00:00 | DW | 2015_03_17_09_00_34.pdf (Attachment)<br>Face Sheet<br>From: Wiles, Debbie<br>To: Wiles, Debbie |
| E-Mail | 3/15/2015 9:00:00 | DW | Face Sheet<br>From: Wiles, Debbie<br>To: Wiles, Debbie |
| Document | 3/17/2015 | PP | Facebook posts by boyfriend. |
| E-Mail Attachment | 3/17/2015 8:51:00 | DW | image001.png (Attachment)<br>Patient Complaint/Allegation<br>From: Wiles, Debbie<br>To: Palmerton, Pamela |
| E-Mail | 3/17/2015 8:51:00 | DW | Patient Complaint/Allegation<br>From: Wiles, Debbie<br>To: Palmerton, Pamela |
| Telephone Call | 3/17/2015 9:20:00 | PP | T/C: Steve Lucas, Security CCH   x42919<br><br>The allegation is that her male nurse touched her breasts on several different occasions and penetrated her digitally. CCPD was notified - Officer Aley. They interviewed the patient and the nurse several times and the patient's story kept changing. CCPD did not think there was much validity to the story.<br><br>The male RN employee # 58193.<br><br>The patient called the PBX operator several times, but the operator thought it was a prank call and dismissed it. Steve will be addressing this issue with the operator. |

**Print date & time:** 11/9/2017 1:53:48 PM                                          Page: 1

Defendant LMHS Production000335

# Matters Risk Managment Non PSES Full Report

|   |   |   |
|---|---|---|
|   |   | Doug and Rafael have been notified. |
|   |   | Steve will fax over the Security Report. 15-03-347, IR# 000572. |
| E-Mail Attachment | 3/17/2015 9:51:00   DW | Security Report |
| Note | 3/17/2015 10:30:00  PP | Interview with patient |

The male nurse came on shift and started working on the computer. The CNA was in the room for a few minutes but left. The nurse then came over to the patient and started rubbing her all over and touching her "boobs." He was rubbing her tatoos. He poked at her thighs. He removed her underwear. He told the patient that he was "checking to see if everything was in place." He then checked her IV and took her vitals. He asked her if she wanted to "hang out." She said no. That was about 10pm.

The nurse came back about every 30 minutes. He asked if she put on her light or if she needed anything. I inquired how many times the nurse came back into the room and she said 4 or 5 times.

At 11pm, she woke up to see the male nurse hovering over her. He had pulled her pants off and "stuck his whole hand in me."

The nurse's name was G-E-O. "It was written on the board." He was a black male about 6'3" or 6'4" with a short black afro. He wore gloves, mask and gown.

Later she stated that the nurse pulled her underwear down slightly in the front and then returned them to normal. He asked her to roll on her side and he touched her back and pulled her underwear down slightly. He spread her cheeks apart and looked "down there." She asked what he was doing and he stated he was just checking to see if "everything was in place."

The nurse was standing at the right side of her bed with one knee on the bed. She was sleeping on her left side. "He must have rolled me over." "My underwear was pulled down to my knees." "He put 2 or 3 fingers in me, I really couldn't tell." She asked the nurse what he was doing and why her underwear was off. She couldn't stop crying after that. She called her Mom, who called the nurses station. She needed the CNA, Anna, to sit with her and help her to calm down. "The supervisor told Geo to go away."

The nurse had taken off his gown and gloves and put them in the trash right there, pointing to the trash can by the door. Security never even look at them. Housekeeping came and just threw them away. "I keep telling them to check his gloves, but no one did."

He was "creeping her out" from the begining. It was just the way he talked and touched her. He told her she was "a beautiful young woman."

She was not on any pain meds at the time. Only Pepcid. She said she was thinking clearly.

She was "too scared" to yell or scream or cry for help.

About 4am, she had a panic attack and Anna had to talk her through it.

| Telephone Call | 3/17/2015 12:05:00  PP | T/C: Steve Lucas, Security  CCH  x42919 |

Nancy Travis informed him that the boyfreind of this patient is on Facebook, making threats against the nurse and the hospital. He will investigate further. He will notify Mary Briggs.

Defendant LMHS Production000336

# Matters Risk Managment Non PSES Full Report

| Type | Date/Time | By | Description |
|---|---|---|---|
| E-Mail | 3/17/2015 1:06:00 | PP | E-mail from: Ortiz, Rafael re: Facebook |
| Note | 3/17/2015 1:26:00 | DW | p/c with Rafeal Ortiz and Maggie Lightner 745 1547 |

Advised due to nature of the allegation and the threats on facebook by the boyfriend we should keep Jeovanni off work until the police investigation is completed with pay. Maggie agreed. Per Maggie, expecting pt to be discharged today.

Made Josephine Desibia aware to let Mary M know of events.

| | | | |
|---|---|---|---|
| Note | 3/17/2015 1:34:00 | DW | p/c to Kelly Lange HR 424 2457 & E Zuccharo 424 2457<br>They agreed to keep employee off until investigation is complete for his safety. They will review file. |
| E-Mail Attachment | 3/17/2015 1:38:00 | DW | Demographics Jeovanni Hechavarria RN 757 870 8450 |
| Note | 3/17/2015 2:13:00 | DW | p/c with Jeovanni Hechavarria RN 757 870 8450 |

He will be here at LMH, 0900 3/18 to discuss this issue. I advised him of the threats made against him by the boyfriend and instructed him not to come to the Cape until this matter is resolved or cleared. Advised him, he is off work tonight and tomorrow with pay until this matter is resolved. He said after these 2 nites he does not work until next Thursday.

| | | | |
|---|---|---|---|
| Note | 3/17/2015 2:28:00 | DW | p/c with Dr Galarraga 424-2962; 277-4109 |

Dr wants to discharge pt as she is medically stable. He questioned if he should do a rape kit on her. I told him the pt did not indicate to us any penile penetration or any contact with semen. Therefore would a rape kit identify anything? He said no only semen., however he wanted to offer it to her anyway. He said he would document well and take a witness with him. dw

| | | | |
|---|---|---|---|
| Note | 3/17/2015 3:48:00 | DW | p/c with Elaine RN Charge, 424-2476 (re rape testing) |

Advised her to make sure pt has the ACT Center For Women nnumber they do the rape testing or contact social/case managment and they should have the information and document it was provided and she understood. Elaine had me speak with Sarah Spotte Case manager/Social Services.

Sarah assurrred me she would offer to contact ACT for her or if she did not want us to do so she would give the pt the information re the rape crisis center and ACT (939-3112) and that they perform rape testing.

| | | | |
|---|---|---|---|
| E-Mail | 3/17/2015 4:06:00 | DW | e/m to R Ortiz re FB threats   CCH Employee Issue<br>From: Wiles, Debbie<br>To: Ortiz, Rafael |
| E-Mail Attachment | 3/17/2015 4:06:00 | DW | image001.png (Attachment)<br>e/m to R Ortiz re FB threats   CCH Employee Issue<br>From: Wiles, Debbie<br>To: Ortiz, Rafael |

Defendant LMHS Production000337

## Matters Risk Managment Non PSES Full Report

| | | | |
|---|---|---|---|
| E-Mail Attachment | 3/17/2015 5:12:00 | DW | image001.png (Attachment)<br>e/m from R Ortiz not police of threats Re: CCH Employee Issue<br>From: Ortiz, Rafael<br>To: Wiles, Debbie |
| E-Mail | 3/17/2015 5:12:00 | DW | e/m from R Ortiz notify police of threats Re: CCH Employee Issue<br>From: Ortiz, Rafael<br>To: Wiles, Debbie |
| Statement | 3/18/2015 | PP | Statement: Jeovanni Hechavarria, RN |
| Letter | 3/18/2015 | PP | LTR-DOH notification |
| Medical Record | 3/18/2015 | PP | eMAR |
| Medical Record | 3/18/2015 | PP | Hospital Encounter 3/15/15 - 3/17/15 |
| Note | 3/18/2015 9:00:00 | PP | Interview: Jeovanni Hechavarria, RN |

Attendees:
Debbie Wiles
Pam Palmerton

He goes by "Geo." He graduated in June 2014 from Southwest Florida College off Colonial. He got his license in July 2014.

Geo stated he is 5'7" tall. He is dark skinnned, with black hair, brown eyes.

This was the first night Geo cared for this patient. Her diagnosis was R/O Norovirus. He received report from Amy Thomas about 7:30pm. He was told that this patient had been very needy during the day and noncompliant with treatment. She had been throwing up all over herself during the day and was asking for a shower and said that her linen had never been changed. After the shower, the patient had asked Amy to towel her off because her arm hurt.

Geo went into the room and introduced himself. He said he would be back later and left the room. He saw his CNA, Anna, who had linens in her hands and was going into the room to change the patient's linens and get her cleaned up. The patient complained about the day shift neglecting her.

About 2040, Geo gave the patient medication (Pepcid). He realized there was no stethescope in the room so he went to get one. When he returned, he listened to her chest in 4 areas over her gown.

Geo asked about the patient's scraped knuckles on her right hand. The patient stated it was from a fight. Geo was concerned that the patient was bulemic because of her dry, brittle hair, alopecia, low weight and scraped knuckles.

The patient told him about the alopecia and that kids used to make fun of her. Geo told her that kids can be mean and she should not worry because she was a beautiful woman.

About midnight, he was charting his telemetry. Heart Central called and said there were leads off on the patient in room 234. He headed toward room 234 to replace the white, red and brown leads. He saw his supervisor Sharon gowning up to go into the patient's room. Sharon called out to the CNA. Geo went to the room. He saw the patient crying. Sharon

# Matters Risk Managment Non PSES Full Report

called Geo out of the room and he switched patients with Michelle. They swapped room 238 for room 231. Sharon then pulled him aside and told him that the patient had made allegations against him. Security was called. He spoke to the House Supervisor, Security and the CCPD before leaving for the night.

He was gowned and gloved (no mask) when he went into the room. Droplet precautions had been lifted at the beginning of his shift. When they were doing PassMeSafely, he noted a history of bipolar and alopecia.

He previous worked for a security company G4S. It is a private security company from Britain. He did security for luxury condos in Naples. Prior to that he worked at a Nissan dealership in Port Charlotte. Prior to that, he was a Corman in the Navy for 5 years. He has a lot of medical professionals in his family. He aspires to be a doctor.

The CCPD officer stated that their report was informational only.

Debbie made Geo aware of the Facebook postings of this patient's boyfriend and stated that we are trying to get a photo of him so Geo would know who he was. Geo's response was that would be good so that he would be able to turn away.

Debbie explained our obligation and the process of reporting to DOH. Geo is not scheduled to work again until next Thurday 3/26.

| | | | |
|---|---|---|---|
| Note | 3/18/2015 10:53:00 | DW | p/c to Evelyn Zuccharo HR 424 2457<br>Disscussed with her that at this time, we were unable to substantiate the allegations by Ms. Hammer. Pam is going to speak with the CNA and will report out if any new information is obtained. dw |
| Telephone Call | 3/18/2015 4:25:00 | PP | T/C: Anna Mangus, CNA   239-458-4559 |

Supervisor Sharon asked Anna to sit with the patient. She was sitting next to the patient and the patient pointed at the whiteboard and stated "he raped me." The patient was crying and whimpering, but she didn't have any tears. Anna thought that she sat with the patient between 12 and 1am. The patient was having a lot of mood swings. Anna was then in the patient's room frequently after the police were there.

Earlier in the evening, the patient was peppy. She had stopped vomiting.

Anna got report from CNA Sherry. She was told that the patient would vomit all over herself and the floor and refused to use the pail. Sherry had cleaned the entire room, changed the linens and the patient had showered.

When Anna got there, the patient told her that she wanted to take a shower. She had been throwing up all day and no one changed her bed. Anna allowed the patient to take a shower and she changed the bed. The linens on the bed were "perfectly clean."

The patient did have a panic type attack before the police came. Anna couldn't tell if it was real or not.

After the police were there, the patient kept saying, "no one believes me." The patient appeared pretty calm at this point.

Anna took care of the patient the night before. The patient was vomiting a lot. There was a question on whether it was self induced or not. She also had the dry heaves.

Geo was not in the patient's room a lot. She was in the room with Geo at

# Matters Risk Managment Non PSES Full Report

one point. Geo stood his distance and talked with the patient. They left together.

Anna was not in the room during the police or security questioning. She is not really sure what happened.

Geo is a good nurse. He calmly takes his time and explains things to patients. Geo is very helpful and a team player. Anna respects him as a nurse and enjoys working with him.

| | | | |
|---|---|---|---|
| Court Document | 3/25/2015 | PP | DOH Subpeona |
| E-Mail | 3/25/2015 9:09:00 | PP | E-mail: Request for CCPD Report |
| E-Mail Attachment | 3/25/2015 9:09:00 | PP | image001.jpg (Attachment)<br>E-mail: Request for CCPD Report |
| Telephone Call | 3/25/2015 9:10:00 | PP | T/C: Diane DiRocco, DOH investigator  344-0898 |

She stated she was here yesterday and dropped off the subpeona. I confirmed that we had received it.

I reiterated that we were unable to confirm the patient's allegations. Diane asked what the allegations were. I told her of the conflicting stories and so we were not really sure of the exact allegation.

The CCPD had filed a report and I told her that I had just sent a request for the report. I had been told by the CCH Security that the CCPD told them it was informational only, but I was unable to confirm that without the report.

Diane asked the exact dates of hospitalization and the patient's DOB. We discussed the medical record and the records she would like. I directed her to discuss it with medical records, so she could get the exact records that she needed.

| | | | |
|---|---|---|---|
| E-Mail Attachment | 5/29/2015 11:07:00 | PP | image001.jpg (Attachment)<br>E-mail to: Lucas, Steve |
| E-Mail | 5/29/2015 11:07:00 | PP | E-mail to: Lucas, Steve |
| E-Mail Attachment | 5/29/2015 11:07:00 | PP | image002.jpg (Attachment)<br>E-mail to: Lucas, Steve |
| Telephone Call | 7/7/2015 11:35:00 | PP | T/C: Diane DiRocco, DOH |

Diane inquired about any type of camera footage or video of the nurse entering the patient room. I explained that there are no cameras in the patient care areas. Also, they only keep video for 30 days, so we would not have anything from back in March.

| | | | |
|---|---|---|---|
| E-Mail Attachment | 3/9/2017 11:14:00 | PP | image003.jpg (Attachment)<br>DNV Investigation |
| E-Mail | 3/9/2017 11:14:00 | PP | DNV Investigation |

Defendant LMHS Production000340

# Matters Risk Managment Non PSES Full Report

| | | | |
|---|---|---|---|
| E-Mail | 3/14/2017 1:34:00 PP | E-mail from: Wiles, Debbie | (AHCA Investigation) |
| E-Mail Attachment | 3/14/2017 1:34:00 PP | image001.jpg (Attachment) E-mail from: Wiles, Debbie | (AHCA Investigation) |

*Print date& time:* *11/9/2017 1:53:48 PM*      *Page:* 7

Defendant LMHS Production000341