

CONFIDENTIAL INCIDENT REPORT
DO NOT COPY

**Incident Number: INCD2015-000572**     **File Number: 15-03-347**     **Security Level: 3. Supervisor**

### Incident Details

| | | | |
|---|---|---|---|
| Category: | 04 Assault / Battery | Subcategory: | 0F Attempted Sexual Assault |
| Type: | 01 On Patient | Clasification: | |
| Security Level: | 3. Supervisor | Status: | 02. Closed |
| Police File: | Yes | Police File Number: | 15-004475 |
| Occurred From Date: | 3/17/2015 | Occurred From Time: | 1:35:00AM |
| Occurred To Date: | 3/17/2015 | Occurred To Time: | 3:45:00AM |
| Reported Date: | 3/17/2015 | Reported Time: | 6:04:38AM |
| Reporting Person: | 363 Sherwood, Robert | Supervisor: | 313 Cooke, Supervisor, Matt |
| Org. Rollup 1: | 01 Safety -Rocky Rhoads | Org. Rollup2: 4. Not applicable | Org. Rollup3: 1. Not Applicable |
| Building Name: | CCH Cape Coral Campus | | |
| Legal Description: | | Number: | DO NOT COPY |
| Local Phone Number: | | | |
| Street Address: | | | |
| City: | | State/Province: | |
| Country: | | Zip/Postal Code: | |
| Geo. Rollup1: | Geo. Rollup2: | | Geo. Rollup3: |
| Location: | CCH 2nd Floor - Specify Below. | | |
| Location Details: | Room 238 | | |

Incident Summary:
P= Hammer, Brianna 06/14/1995 40826602
E= Sherwood, Robert Security 50748
  Hunt, Tamara House Supervisor 45666
  Zeller, Sharon 2 East RN Supervisor 29598
  Hechavarria, Jeovanni RN 58193 (RN Accused)
  Kahle, Kathy Legal Services
  Davis, Elizabeth PBX Operator 23286
O= CCPD Officer Aley 1310

### Narrative

On March 17th, 2015 at 0135 hours while in Security Control I Security Officer Robert Sherwood received a phone call from House Supervisor Tamara Hunt that the PBX Operator Elizabeth Davis had received a couple of prank phone calls about a patient in room 238. Operator Davis said she had forwarded the calls to CCPD since they had continued. Operator Davis told House Supervisor Hunt what the prank phone callers were saying and she said they were calling about a patient in room 238 accusing her nurse of Sexually Assaulting her. House Supervisor Hunt immediately called Legal Services to see what steps should be taken. The patient was later identified as Hammer, Brianna 06/14/1995 40826602. House Supervisor Hunt said that the patient Ms. Hammer was accusing her Male Nurse of taking her panties off and placing his fingers inside her vagina while she was sleeping. When I was informed of this by House Supervisor Hunt I informed her that I would call CCPD so they could come out to do a report. House Supervisor Hunt said that she spoke with Kathy Kahle of legal services who had

Mar 17 15 08:39a   Steven Lucas Sec. Mgr   239-424-4024   p.1
Defendant LMHS Production000346



**Incident Number: INCD2015-000572**       **File Number: 15-03-347**       **Security Level: 3. Supervisor**

instructed her to pull the nurse and send him home pending the investigation and to also contact Security as she did. House Supervisor Hunt had the accused Nurse stay to give a report to CCPD. Security Supervisor Matt Cooke was contacted as well. He was mad aware of what was going on and advised to let CCPD handle the investigation and to assist them if needed.

I Security Officer Sherwood went up to the 2 East supervisors office were the accused nurse was. He was identified as 2 East RN Hechavarria, Jeovanni. As I entered the office RN Hechavarria was extremely shaken from the accusations. I informed him that CCPD had been contacted and they would be coming to do an investigation of what has occurred. RN Hechavarria understood that. I informed him that he should be prepared to write a statement of what occurred on his shift so far and to put as much detail as he could remember. House Supervisor Hunt took RN Hechavarria to her office on the 3rd floor to wait for CCPD to arrive.

CCPD Officer Aley was the responding officer for this incident. Who was a Male CCPD Officer. I met him at the 2 East entrance to the unit and told him what was going on and were both parties were. I also said that I had not spoken with the victim Ms. Hammer yet. 2 East Supervisor Sharon Zeller was used as a female witness as CCPD Officer Aley and I went to speak to Ms. Hammer. As we approached her room RN Zeller informed us that she was on contact precautions and that we had to put gloves and a gown on before entering the room. Proper attire was put on and we entered the room.

Upon entering the room Ms. Hammer was laying in her bed with the lights off. CCPD Officer Aley asked her to please turn the lights on as she did. CCPD Officer Aley asked what had occurred and she gave this statement to us "Ms. Hammer states at 1900 hours her night nurse came in to access her. She states that he began to touch her breasts as well as push on her lower area. Ms. Hammer said that her nurse picked up her gown and looked at her tattoo's and asked if they were new and also touched them as well. Ms. Hammer then said that her nurse came back at around 2300 hours to check her blood pressure and when he completed that she went to sleep. Ms. Hammer then said she was woken up to her nurse who had taken her panties off and had his fingers inside her vagina. She stated that when her nurse saw she had awakened he got up and left the room. "
CCPD Officer Aley asked if her nurse did this the first time he came in the room as well and she then said "yes he put his fingers in me at 1900 hours as well and he also said I was very beautiful and that if she wanted they could hang out later." CCPD Officer Aley asked what her nurse looked like and she said "A black male with thick hair that was wearing the same things we had on but he had also had a mask on his face too." CCPD Officer Aley thanked her for her time and that he would be back later. CCPD Officer Aley was confused due to Ms. Hammer had

Defendant LMHS Production000347



**Incident Number: INCD2015-000572**  **File Number: 15-03-347**  **Security Level: 3. Supervisor**

changed her story from what she had originally told him. It should be noted CCPD Officer Aley did not have Ms. Hammer write down what had occurred in a statement form only verbally what had happen.

Once done talking to Ms. Hammer I Security Officer Sherwood escorted CCPD Officer Aley to the House Supervisors Office so he could speak to the accused nurse Hechavarria, Jeovanni. Present for the questioning was I Security Officer Sherwood and House Supervisor Hunt. CCPD Officer Aley asked RN Hechavarria how many times he had been in the patient's room Ms. Hammers tonight and he stated "that he had been in her room at least 4 times by 2300 hours." RN Hechavarria had written down on a piece of paper the time events that he had done in the patients room that night. He Stated to CCPD Officer Aley that "he went in Ms. Hammer's room at around 1930 hours to access the patient for the night since he had not been her nurse before. He stated that he checked her blood pressure and listened to her heart beat. RN Hechavarria also stated that he noticed abrasions to the patient's knuckles as well as her hair loss that could be caused by people who sometimes make themselves throw up. RN Hechavarria asked about this and Ms. Hammer said she sometimes got picked on cause of her hair." RN Hechavarria said he noticed she got uncomfortable about the questions he was asking so he said "Do not worry about what people say that people say rude things sometimes and that she was a very beautiful young girl." RN Hechavarria said "at no point did he touch Ms. Hammer's breast nor did he touch her lower body." CCPD Officer Aley asked at any point when he returned to her room if he had pulled her panties down and placed his fingers inside her vagina and RN Hechavarria said "NO". CCPD Officer Aley thanked him for his time and that he should not worry about anything that a Personal Detective would look into the report and he may contact him about further questions. RN Hechavarria then left the hospital due to Legal Services request because of what had occurred.

CCPD Officer Aley then requested to speak to Ms. Hammer one last time to see if her story was the same. 2 East Supervisor Zeller was once again the female witness in Ms. Hammer's room. CCPD Officer Aley asked Ms. Hammer how many times her nurse had come into her room and she said "she remembers just 2 times but she doesn't know how many times he did when she was sleeping." Ms. Hammer then said she felt threatened and that she was afraid he was going to come back and kill her. CCPD Officer Aley asked why she didn't call 911 and Ms. Hammer said " she didn't know what to do that something like this had never happen to her before so she called her boyfriend and mother." CCPD Officer Aley said thank you and that a Detective would be in contact with her at a later date. 2 East Supervisor said to Ms. Hammer that she would have a different nurse assigned to her.

Defendant LMHS Production000348



**Incident Number: INCD2015-000572**       **File Number: 15-03-347**       **Security Level: 3. Supervisor**

CCPD Officer Aley gave me a CCPD Incident number of 15-004475. CCPD Officer Aley said he believed Ms. Hammer was making up the story and that RN Hechavarria had nothing to worry about. I Security Officer Sherwood thanked him for his time and CCPD Officer Aley left.

I Security Officer Sherwood then went and met with House Supervisor Hunt along with 2 East Supervisor Zeller in her office. House Supervisor Hunt said RN Hechavarria was very embarrassed by the accusations and he was afraid of his co-workers talking about it. 2 East Supervisor Zeller said no one would know what was going on that only he had left because he was sick. House Supervisor Hunt said Legal Services said to keep this Confidential and that only the people involved are to know about this. I recommended that no males go in the room and that maybe they put something in the chart to let others be aware and House Supervisor Hunt said they couldn't do that but they would figure something out. At this time there is nothing further to report. EOR

**End of Report**