~~RECEIVED~~

# DAVID J. HALBERG, P.A.
ATTORNEYS AT LAW

~~2018 DEC 12  AM 8:56~~

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

BARRISTERS BUILDING
1615 FORUM PLACE, SUITE 3-B
WEST PALM BEACH, FLORIDA 33401
TOLL-FREE 877-HALBERG
TELEPHONE (561) 616-3000
FAX (561) 688-0775

11 December 2018
HAND DELIVERY

Honorable Elizabeth Warren
Clerk of the Court
USDC, Middle District of Florida
Ft. Myers Division
2110 First Street
Fort Myers, FL 33901

Re: *Donia Goines v LMHS d/b/a Cape Coral Hospital & Jeovanni Hechavarria, RN*
Case Number 2:17-cv-00656-JES-CM

Dear Madam Clerk:

Pursuant to our office's telephone conversations and instructions from your office, enclosed, please find the following:

1. Joint Motion to Seal, Pursuant to Local Rule 1.09, Plaintiff's Exhibits to be filed in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment [DE 97], filed as [DE 118];
    a. Exhibit "A" [DE 118-1] filed thereto;

2. Plaintiff's Notice of Filing Prior Sexual-Assault Investigative Exhibits (*to be Sealed*) in Support of Her Response in Opposition to Defendant's, Lee Memorial Health System, Motion for Summary Judgment [DE 121]; and

3. CD containing the documents *to be Sealed* by this Court should the Court file its Order granting the Joint Motion to Seal [DE 118].

As of the writing this letter and transmitting of the documents, the Court has not ruled on DE 118.

Clerk of the Court
USDC Middle District of Florida
Re: *Goines v. Lee Memorial Health Systems, et al.*
Case No. 2:17-cv-00656-JES-CM
Page Two

If, upon review, you should have any questions and/or concerns in this regard, please contact our office.

Thank you for your assistance in this regard.

Respectfully submitted,

RYAN A. FOGG, ESQ.
For the Firm

RAF/B
Enclosures: As indicated
Copy to: Hon. John Steele (w/encl.)
Hon. Carole Mirano (w/encl.)
Angelique Groza Lyons, Attorney at Law
Allison R. Wallrap, Attorney at Law
Mark A. Haskins, Esq.
Jeovanni Hechavarria, R.N., *pro se*