UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONIA GOINES,

       Plaintiff,

v.                                    Case No:  2:17-cv-656-FtM-29UAM

LEE MEMORIAL HEALTH SYSTEM
and JEOVANNI HECHAVARRIA,

       Defendants.

_____

ORDER

This matter comes before the Court on review of the exhibits submitted by plaintiff in support of its Response in Opposition (Doc. #174) filed on March 8, 2019.  Upon review, the Court finds the exhibits should be filed, but maintained under seal.

Accordingly, it is herby

**ORDERED:**

The Clerk shall file and maintain the attached exhibits under seal.

**DONE and ORDERED** at Fort Myers, Florida, this 13th day of March, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record