# Meleshko, Kristina

| | |
|---|---|
| **From:** | DyFoon, Nikki (Perkins Coie) <NDyfoon@perkinscoie.com> |
| **Sent:** | Wednesday, September 12, 2018 1:44 PM |
| **To:** | Tampa E-File |
| **Cc:** | Mourlam, Anna (Perkins Coie) |
| **Subject:** | Subpoena To Produce Documents, Information, Or Objects; Goines v. Lee Memorial Health System, et al.; United States District Court for the Middle District of Florida, No. 2:17-cv-00656-JES-CM |
| **Attachments:** | Goines v. Lee Memorial Health System et al. - Civil Objection Letter.pdf |

Dear Ms. Wallrapp:

Please see the attached letter from Anna Mourlam.

Thank you.
**Nikki DyFoon** | **Perkins Coie LLP**
LEGAL PRACTICE ASSISTANT TO
**Michael Clyde** | **Adam Hester** | **Anna Mourlam**
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4472
F. +1.650.838.4672
E. NDyfoon@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

PerkinsCoie

3150 Porter Drive
Palo Alto, CA 94304-1212

T +1.650.838.4300
F +1.650.838.4350
PerkinsCoie.com

September 12, 2018

Anna C. Mourlam
AMourlam@perkinscoie.com
D. +1.650.838.4396

**VIA E-MAIL AND U.S. MAIL**

Allison R. Wallrapp
Constangy, Brooks, Smith & Prophete, LLP
100 N. Tampa St., Ste. 3350
Tampa, FL 33602
tampa@constangy.com

Re:   Subpoena To Produce Documents, Information, Or Objects
      *Goines v. Lee Memorial Health System, et al.*
      **United States District Court for the Middle District of Florida, No. 2:17-cv-00656-JES-CM**

Dear Ms. Wallrapp:

      We represent non-party Facebook, Inc. ("Facebook") and write in response to your subpoena of August 24, 2018. After reviewing its records, Facebook cannot identify any account associated with the username "donialester." Therefore, Facebook has no information responsive to your subpoena as served.

      Should you identify a valid username and wish to serve an amended subpoena in the future, however, please first seek discovery from the plaintiff in this case. *See Maxwell v. Health Ctr. of Lake City, Inc.*, No. 3:05-CV-1056-J-32MCR, 2006 WL 1627020, at *4 (M.D. Fla. June 6, 2006) ("[I]n an effort to spare third parties the expense and cost of responding to the subpoenas, the Court finds that Defendant ought to first attempt to obtain such evidence directly from the Plaintiff pursuant to other available avenues under the Federal Rules of Civil Procedure.").

      If there is some reason why you cannot obtain the information you seek from the plaintiff in this case, Facebook may produce this information after providing notice to the affected user and allowing 21 days for the user to file an objection with the court or to affirmatively authorize the disclosure. Please note, however, that Facebook reserves the right to object to any such amended subpoena on First Amendment grounds depending on the facts of the case. *See*, *e.g.*, *Music Group Macao Commercial Offshore Limited v. Does*, No. 14–mc–80328–LB, 2015 WL 930249 (N.D. Cal. Mar. 2, 2015) (anonymous defendants' First Amendment rights to anonymous Internet speech outweighed plaintiffs' need for the requested non-content information).

      Finally, Facebook and the custodians who have control over Facebook's data are located in Menlo Park, California, which is also where Facebook resides. Your subpoena, as served,

Allison R. Wallrapp
September 12, 2018
Page 2

demands compliance more than 100 miles from Menlo Park, and is therefore invalid under Fed. R. Civ. P. 45(c)(2)(A). Should you decide to serve an amended subpoena, please be sure that it complies with this requirement as well.

    I trust this letter resolves this matter, but please feel free to contact me at the telephone number or email address above if you would like to further discuss. Facebook otherwise preserves and does not waive any other available objections or rights.

Very truly yours,

*Anna Mourlam*

Anna C. Mourlam

ACM:nd