UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONIA GOINES,

    Plaintiff,

v.                                Case No:  2:17-cv-656-FtM-29UAM

LEE MEMORIAL HEALTH SYSTEM
and JEOVANNI HECHAVARRIA,

    Defendants.

---

**ORDER**

This matter comes before the Court on defendant Lee Memorial Health System's Amended Motion for Spoliation Sanctions (Doc. #123) filed on December 11, 2018. Plaintiff filed a Response in Opposition (Doc. #132) on December 22, 2018, and a Supplemental Memorandum in Opposition (Doc. #192) on June 21, 2019. For the reasons that follow, the motion is denied as moot.

In February 2019, while its sanctions motion was pending, Lee Memorial filed a motion requesting, *inter alia*, for the Court to re-open discovery on an issue related to the sanctions motion. (Doc. #160.) The Court granted the request, reopening discovery on the issue through May 17, 2019. (Doc. #176.) The Court also permitted the parties to have until June 21, 2019 "to file any motions they deem necessary related to this issue, or to supplement the pending motion for sanctions." (Id.) On June 21st, Lee

Memorial filed its Second Amended Motion for Spoliation Sanctions (Doc. #193), thereby mooting its previous motion.

Accordingly, it is hereby

**ORDERED:**

Defendant's Amended Motion for Spoliation Sanctions (Doc. #123) is **DENIED as moot.** Plaintiff shall have fourteen days from June 21, 2019 to respond to Lee Memorial's Second Amended Motion for Spoliation Sanctions.

**DONE and ORDERED** at Fort Myers, Florida, this ___24th___ day of June, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record